```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Aaron Reis, et al.<br><br>　　　　Defendants | Case No. **2:10-cv-01777-LKK-DAD**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: September 20, 2010<br>Time: 3:30 pm<br>Courtroom: 4 |

　　Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from September 20, 2010 to October 25, 2010. Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint. This complaint was filed on July 8, 2010; the 120 day time period for service would end on November 8, 2010. Plaintiff's process server is still attempting service on Defendants. A

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-10-cv-01777-LKK-DAD - 1

1 continuance to October 25, 2010 for the status conference
2 will give the Plaintiff's process server ample time to
3 serve Defendants and will give Defendants ample time to
4 answer Plaintiff's complaint.

7 Dated:   September 6, 2010        /s/Scott N. Johnson _____
8                                   Scott N. Johnson,
9                                   Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to October 25, 2010 at 1:30 p.m. Status reports shall be filed seven (7) days prior to the status conference.

Date:   September 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT