UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

AARON REIS, et al.,

          Defendants.
_____/

NO. CIV. S-10-1777 LKK/DAD

O R D E R

    On July 8, 2010, plaintiff filed a complaint against numerous defendants concerning disability accessibility of their businesses. (ECF No. 1). Plaintiffs' process server testified that he served defendant Friday Ave Copeland, LLC on September 6, 2010 and that he served defendant Tahoe Friday LLC on August 26, 2010. (ECF Nos. 10-11). Plaintiff was unable to serve all other defendants. (ECF No. 12). On September 15, 2010, defendant Tahoe Friday LLC filed an answer to this complaint. No attorney appeared on behalf of Tahoe Friday LLC. On September 22, 2010, defendant Friday Ave Copeland, LLC filed a response to the summons expressing that Friday Ave Copeland, LLC was not an owner or business operator at

1

1 the time referenced in the complaint. (ECF No. 13). No attorney
2 appeared on behalf of Friday Ave Copeland, LLC. Pursuant to E.D.
3 Cal. Local Rule 83(a), "A corporation or other entity may appear
4 **only** by an attorney." (emphasis added). Both Tahoe Friday LLC and
5 Friday Ave Copeland, LLC are limited liability corporations, yet
6 are not represented by counsel. For this reason, the Court strikes
7 Tahoe Friday LLC's answer to the original complaint and Friday Ave
8 Copeland, LLC's response to the summons.

9 On October 20, 2010, plaintiff filed a request for a
10 continuance of a status conference on the grounds that he will be
11 filing a first amended complaint. On October 25, 2010, the court
12 granted plaintiff's request.[1] On November 13, 2010, plaintiff filed
13 an amended complaint. (ECF No. 19). This complaint only names a new
14 defendant, Sandree, LLC. (Id.). For this reason, the court
15 instructs the Clerk of Court to terminate Tahoe Friday LLC and
16 Friday Ave Copeland, LLC as parties to this action. The court notes
17 that nothing in this order shall indicate that the first amended
18 complaint relates back to the original complaint.

---

[1] The Court construes the request to continue the status conference as a request for leave to file an amended complaint, which was granted. The Court, however, cautions plaintiff that pursuant to Fed. R. Civ. P. 15(a), plaintiff is only entitled to amendment as a matter of course if the amended complaint is filed twenty-one days after service of the complaint or twenty-one days after service of a responsive pleading or a motion under Rule 12(b), (e), or (f), whichever is earlier. Other amendments are only permitted with the opposing party's written consent or leave of the court. Id. Thus, when seeking to file an amended complaint after the time for amendment as a matter of course has passed, a plaintiff must first either move for leave of the court or seek the written consent of all opposing counsel.

2

1   Thus, the Court ORDERS as follows:
2   (1)  Tahoe Friday LLC's answer to the original complaint (ECF
3        No. 8) and Friday Ave Copeland, LLC's response to the
4        summons (ECF No. 13) are STRICKEN.
5   (2)  Tahoe Friday LLC and Friday Ave Copeland, LLC are
6        TERMINATED from the instant action.
7   (3)  The Clerk of Court shall issue summons for the first
8        amended complaint.
9   IT IS SO ORDERED.
10  DATED:  December 1, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3