SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-01777-LKK-DAD** |
|       Plaintiff, | ) **ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
|    vs. | ) |
| Aaron Reis, et al | ) |
|       Defendants | ) |

IT IS HEREBY ORDERED THAT the status conference, currently set for January 24, 2011 is continued to March 28, 2011 at 1:30 p.m.  The parties are reminded of their obligation to file status reports fourteen (14) days prior to the status conference.

Date:   January 11, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-01777-LKK-DAD - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-01777-LKK-DAD - 2